IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CR. NO. 17-10110-STA |
| JOSHUA ARNESS WHITE | * | |
| | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **sentencing** is hereby re-set until the **25th day of June, 2019 at 1:30pm.**

IT IS SO ORDERED.

DATE: April 12, 2019.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE